EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

EDWARD KIM, M.D.,

                               Plaintiff,

v.

BASSETT MEDICAL CENTER,

                               Defendant.

Civil Action No.: 6:22-CV-521 (DNH/ML)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, by and through his counsel, hereby gives notice that the above-captioned action is voluntary dismissed with prejudice.

Dated: June 9, 2022        By: _____
                                              Jason L. Solotaroff, Esq.
                                              Giskan Solotaroff & Anderson LLP
                                              90 Broad Street, 2nd Floor
                                              New York, New York 10004
                                              (212) 847-8315
                                              jsolotaroff@gslawny.com

                                              *Attorneys for Plaintiff Edward Kim, M.D.*

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: 6-10-2022
_____

11